IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIYOSHI DESI JONES,

Defendant.

**8:15CR347**

**ORDER**

This matter is before the court on the motion to withdraw attorney, Filing No. 48. The Federal Public Defender's Office was appointed for the sole purpose of a potential reduction of sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines. Counsel has shown that the defendant does not qualify for a sentence reduction pursuant to Amendment 782.

IT IS ORDERED that:

1.      The motion to withdraw, Filing No. 48, is granted.

2.      David Stickman and the Office of the Federal Public Defender are deemed withdrawn from further representation as to defendant Kiyoshi Desi Jones.

Dated this 8th day of December, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge