IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:15cr347 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| KIYOSHI DESI JONES, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on August 23, 2017 that the following exhibits held by the court in this matter should be destroyed.

Defendant's Sentencing Exhibits from hearing held 6/17/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: August 23, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge